# UNITED STATES COURT OF APPELAS
# FOR THE 4TH CIRCUIT

|  |  |
|---|---|
| UNITED STATES | ) |
|  | ) |
| v. | ) Appeal No. 14-4516 |
|  | ) |
| ARMANDO JIMENEZ TAGLE | ) |

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE BRIEF AND REQUIRED APPENDIX FOR APPELLANT

Appellant Armando Jimenez Tagle, with undersigned counsel, requests an extension of time within which to file Opening Brief and Appendix, and states as follows:

1. Counsel was appointed on July 9, 2014 to represent appellant.

2. Appellant's Opening Brief is due September 11, 2014

3. Counsel for Appellant will be out of the Country from September 7, 2014 to September 18, 2014. Counsel is also scheduled for oral argument in the 7th Circuit on September 19, 2014 (*USA v. Todd Jones*, #13-3672). In addition, because of the upcoming Jewish High Holidays, counsel will be unavailable from September 24,2014-October 19, 2014.

4. Appellant counsel has not yet had a complete opportunity to fully review the entire record in addition to conferring with his client.

WHERFORE, Appellant requests a STAY of the current BRIEFING SCHEDULE for 45 days to October 25, 2014.

Respectfully submitted this 4th day of September, 2014

s/Murray Kamionski

_____

Murray Kamionski, Esq.
Attorney for Luis Enrique Garcia

Appeal: 14-4516   Doc: 12   Filed: 09/04/2014   Pg: 2 of 2