FILED: September 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4516

(3:12-cr-00295-MOC-DCK-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

ARMANDO JIMENEZ TAGLE

   Defendant - Appellant

_____

O R D E R

_____

  The court grants an extension of the briefing schedule as follows:

Appendix due: 09/22/2014

Opening brief due: 09/22/2014

Response brief due: 10/17/2014

Any reply brief: 10 days from service of response brief.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk